# Chimicles & Tikellis LLP

ATTORNEYS AT LAW

One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633
E-mail: Mail@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly Donaldson Smith
Joseph G. Sauder
Matthew D. Schelkopf
Kimberly Litman Kimmel
Timothy N. Mathews
A. Zachary Naylor
Benjamin F. Johns
Alison R. Gabe
Scott M. Tucker *
Meghan A. Adams
Tiffany J. Cramer
Kimberly A. Evans

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin
David M. Maser

*Attorneys admitted to
Jurisdiction other than PA

Writer's Direct E-mail:
SAS@Chimicles.com

August 3, 2010
VIA E-MAIL and
UNITED STATES MAIL

Mr. Jeffrey Luthi
United States Judicial Panel
on Multidistrict Litigation
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 03, 2010

FILED
CLERK'S OFFICE

Re:  *In re Transition Lenses Antitrust Litig.*,
     MDL No. 2173

Dear Mr. Luthi:

    I write on behalf of Plaintiff Optical Supply, Inc. ("Optical") in the action titled *Optical Supply Inc., v. Transitions Optical, Inc. et al*, No. 1:10-cv-21739-DLG, pending in the Southern District of Florida, to correct Nouveau Vision, Inc.'s ("Nouveau") mistaken assertion in its August 2, 2010 letter to the Panel that "Nouveau is an independent wholesaler and laboratory and, as such, is the *only* plaintiff in the related cases that purchases photochromic lenses directly from defendant Essilor of America, Inc. ('Essilor')" (emphasis in original). In fact, Optical is also an independent laboratory and "[Optical] purchased Photochromic Lenses directly from Essilor Lenses, a division of Essilor of America, Inc." Optical Complaint at ¶ 7. In any event, as Nouveau concedes, a purchaser from a wholly owned and controlled subsidiary of Essilor is also a direct purchaser for purposes of asserting a federal antitrust claim. *See* Nouveau Mem. at 4 n. 4.

WILMINGTON OFFICE
222 Delaware Avenue, Suite 1100
P.O. Box 1035
Wilmington, DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053

Mr. Jeffrey Luthi
August 3, 2010
Page 2

      For the reasons set forth in Optical's June 1, 2010 submission as well as Plaintiff See-Mor Optical of Hewlett, Inc.'s April 22, 2010 motion and June 1, 2010 reply, the related cases should be transferred to the Southern District of Florida.

                                      Respectfully submitted,

                                      Steven A. Schwartz

SAS/klw

cc:     Counsel of Record (electronic mail)

Case MDL No. 2173   Document 49   Filed 08/03/10   Page 3 of 5

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 01, 2010

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE: TRANSITIONS LENSES ANTITRUST LITIGATION | : : : : | MDL NO. 2173 |

## CERTIFICATE OF SERVICE

Pursuant to Rule 5.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, I hereby certify that on August 3, 2010, I caused copies of Plaintiff Optical Supply, Inc.'s letter to the Clerk of the Panel to be served on counsel on the attached Panel Service List via electronic mail.

Dated: August 31, 2010

_____
Steven A. Schwartz

| Judicial Panel On Multidistrict Litigation - Panel Service List |
|---|
| Docket: 2173 - IN RE: Transitions Lenses Antitrust Litigation<br>Status: Pending On / /<br>Transferee District:<br>Judge:<br>Transferee District Master Docket No.: |

Report key: * Signifies that an appearance was made on behalf of the party by the representing attorney.
            # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
            All counsel and parties no longer active in this litigation have been suppressed.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Barnett, Barry C.<br>SUSMAN GODFREY LLP<br>901 Main Street<br>Suite 5100<br>Dallas TX 752023775<br>Phone No.:(214) 754-1900<br>Fax No.: (214) 754-1933<br>bbarnett@susmangodfrey.com | Central Illinois Vision Associates, Ltd.* |
| | Sickbert Family Eye Care, LLC* |
| Barnow, Ben.<br>BARNOW & ASSOCIATES PC<br>One North LaSalle Street<br>Suite 4600<br>Chicago IL 60602<br>Phone No.:(312) 621-2000<br>Fax No.: (312) 641-5504<br>b.barnow@barnowlaw.com | Sabani, Axhi* |
| Hansel, Gregory P.<br>PRETI FLAHERTY BELIVEAU PACHIOS & HALEY LLP<br>One City Center<br>P.O. Box 9546<br>Portland ME 041129546<br>Phone No.:(207) 791-3000<br>Fax No.: (207) 791-3111<br>ghansel@preti.com | B & B Eyes, Inc.* |
| Hoese, William E.<br>KOHN SWIFT & GRAF PC<br>One South Broad Street<br>Suite 2100<br>Philadelphia PA 19107<br>Phone No.:(215) 238-1700<br>Fax No.: (215) 238-1968<br>whoese@kohnswift.com | Pennachio & Fishman, M.D., P.A.* |
| Liebenberg, Roberta D.<br>FINE KAPLAN & BLACK RPC<br>1835 Market Street<br>28th Floor<br>Philadelphia PA 19103<br>Phone No.:(215) 567-6565<br>Fax No.: (215) 568-5872<br>rliebenberg@finekaplan.com | First Image Optical, Inc.* |
| Montague, H. Laddie,<br>BERGER & MONTAGUE PC<br>1622 Locust Street<br>Philadelphia PA 191036365<br>Phone No.:(215) 875-3010 | Nouveau Vision, Inc.* |

| | |
|---|---|
| Fax No.: (215) 875-4671<br>hlmontague@bm.net | |
| Nussbaum, Linda P.<br>NUSSBAUM LLP<br>88 Pine Street<br>14th Floor<br>New York NY 10005<br>Phone No.:(914) 874-7152<br>Fax No.: (212) 838-7745<br>lnussbaum@nussbaumllp.com | Railway Optical, Inc. dba Just Look'n Eyewear* |
| Pak, Chul .<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 Avenue of the Americas<br>40th Floor<br>New York NY 10019<br>Phone No.:(212) 497-7726<br>Fax No.: (212) 999-5899<br>cpak@wsgr.com | Transitions Optical, Inc.* |
| Parekh, Behram V.<br>KIRTLAND & PACKARD LLP<br>2361 Rosecrans Avenue<br>4th Floor<br>El Segundo CA 90245<br>Phone No.:(310) 536-1000<br>Fax No.: (310) 536-1001<br>bparekh@yaplaw.com | Gable, Amanda |
| Richards, J. Douglas .<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>88 Pine Street<br>14th Floor<br>New York NY 10005<br>Phone No.:(212) 838-7797<br>Fax No.: (212) 838-7745<br>drichards@cohenmilstein.com | Arthur L. Cartier Optics* |
| Ross, Douglas C.<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue<br>Suite 2200<br>Seattle WA 981013045<br>Phone No.:(206) 757-8135<br>Fax No.: (206) 757-7135<br>Douglasross@dwt.com | Essilor International SA |
| | Essilor Laboratories of America, Inc.* |
| | Essilor of America, Inc.* |
| Salzman, Hollis L.<br>LABATON SUCHAROW LLP<br>140 Broadway<br>33rd Floor<br>New York NY 10005<br>Phone No.:(212) 907-0700<br>Fax No.: (212) 818-0477<br>hsalzman@labaton.com | See-Mor Optical of Hewlett, Inc.* |