UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 25, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PHOTOCHROMIC LENS
ANTITRUST LITIGATION                                                MDL No. 2173

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On August 6, 2010, the Panel transferred five civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* _F.Supp.2d (J.P.M.L. 2010).  With the consent of that court, all such actions have been assigned to the Honorable James D. Whittemore.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Whittemore.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of August 6, 2010, and, with the consent of that court, assigned to the Honorable James D. Whittemore.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 09, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: PHOTOCHROMIC LENS**
**ANTITRUST LITIGATION**                                       MDL No. 2173

### SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV.   C.A. #**        **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN  3      10-1984       John Donohoe v. Transitions Optical, Inc.
  CAN  3      10-2738       Eric Terrell v. Transitions Optical, Inc., et al.
  CAN  3      10-3099       Cary'l O'Keefe v. Transitions Optical, Inc.

DISTRICT OF COLUMBIA
  DC  1       10-835        Carmel Mountain Vision Care v. Transitions Optical, Inc., et al.

DELAWARE
  DE  1       10-635        Insight Equity AP X LP v. Transitions Optical, Inc.

FLORIDA SOUTHERN
  FLS  1      10-21518      Gary Steven Eyes, Inc. v. Transitions Optical, Inc., et al.
  FLS  1      10-21739      Optical Supply, Inc. v. Transitions Optical, Inc., et al.

KANSAS
  KS  2       10-2328       DeWayne Blake v. Transitions Optical, Inc.

TEXAS NORTHERN
  TXN  3      10-881        Sickbert Family Eye Care, LLC, et al. v. Essilor Laboratories of America, Inc., et al.

WASHINGTON WESTERN
  WAW  2      10-730        Pennachio & Fishman, M.D., P.A. v. Transitions Optical, Inc., et al.
  WAW  2      10-761        Point of View, Inc. v. Transitions Optical, Inc., et al.
  WAW  2      10-1044       Dr. Robert A. Sherman, P.C. v. Transitions Optical, Inc., et al.
  WAW  2      10-1046       Metropolitan Optical, Inc. v. Transitions Optical, Inc., et al.