UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PHOTOCHROMIC LENS ANTITRUST LITIGATION             MDL No. 2173

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–3)**

On August 6, 2010, the Panel transferred 5 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d (J.P.M.L. 2010). Since that time, 14 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable James D Whittemore.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Whittemore.

Pursuant to Rule 7.4. of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435–36 (2001), the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Middle District of Florida for the reasons stated in the order of August 6, 2010, and, with the consent of that court, assigned to the Honorable James D Whittemore.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The Transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: PHOTOCHROMIC LENS ANTITRUST LITIGATION                    MDL No. 2173

## SCHEDULE CTO–3 – TAG–ALONG ACTIONS

**DIST**   **DIV.**   **C.A.NO.**   **CASE CAPTION**

NEW YORK EASTERN

   NYE      2      10–03853     Sternemann et al v. Transitions Optical Inc.